McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON
Supervisory Regional Chief Counsel
Special Assistant United States Attorney
SARAH L. RYAN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Sarah.Ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CYNTHIA ROCHA,          )<br>    Plaintiff,          )<br>                  )<br>    v.          )<br>                  )<br>MICHAEL J. ASTRUE[1],          )<br>Commissioner of          )<br>Social Security,          )<br>    Defendant.          )<br>_____) | CIVIL NO. 1:07-cv-00836-SMS<br><br>MOTION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S VOLUNTARY REMAND REQUEST |

      Defendant, through his counsel, hereby respectfully requests that the time for responding to plaintiff's voluntary remand request be extended by 30 days from December 19, 2007 to January 18, 2008.

      This is defendant's first request for an extension of time to respond to plaintiff's voluntary

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  remand request.  Defendant needs the additional time to further review the file and prepare a response in
2  this matter, as the Special Assistant United States Attorney assigned to the case is out of the office on
3  extended leave due to illness.  Email to opposing counsel regarding an extension has gone unanswered,
4  thus, necessitating this ex-parte motion.

Respectfully submitted,

Dated: December 23, 2007

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

   /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Supervisory Regional Chief Counsel
Special Assistant United States Attorney
For SARAH L. RYAN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:    January 4, 2008**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE