McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CYNTHIA ROCHA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> ─────────────────────── ) | CIVIL NO.1:07-cv-00836-SMS <br><br> STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d). |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff, CYNTHIA ROCHA, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND THREE HUNDRED SIXTY-FOUR AND NINETY-SEVEN/100 DOLLARS ($1,364.97), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of ONE THOUSAND THREE HUNDRED SIXTY-FOUR AND NINETY-SEVEN/100 DOLLARS ($1,364.97) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further agree that Plaintiff has executed a valid assignment of all right, title and interest in and to said attorney's fees under the EAJA, in favor of and to his attorney of record, ROBERT D. CHRISTENSON. The parties stipulate and agree that the EAJA fees shall be paid directly to:

> Robert D. Christenson, Esquire
> Christenson Law Firm
> 478 West Putnam Avenue
> Porterville, CA 93257.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their stipulation and agreement, and enter their proposed Order as agreed.

Respectfully submitted,

Dated: December 17, 2008

*/s/ Robert D. Christenson*
(As authorized via facsimile)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: December 17, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CYNTHIA ROCHAS, ) | CIVIL NO. 1:07-cv-00836 SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER APPROVING STIPULATION |
| ) | FOR SETTLEMENT OF ATTORNEY'S |
| MICHAEL J. ASTRUE, ) | FEE PURSUANT TO EQUAL ACCESS |
| Commissioner of ) | TO JUSTICE ACT (EAJA), |
| Social Security, ) | 28 U.S.C. § 2412(d). |
| ) | |
| Defendant. ) | |
| _____ ) | |

On this day came on to be heard the stipulation of Plaintiff and Defendant for approval of an agreement to settle attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C., § 2412(d).  The Court finding good cause for approving the stipulation and agreement of the parties, said stipulation and agreement IS HEREBY APPROVED AND ORDERED.  IT IS, FURTHER, ORDERED AND DECREED, that pursuant to the assignment by Plaintiff to her attorney, the EAJA fees in the amount of ONE THOUSAND THREE HUNDRED SIXTY-FOUR AND NINETY-SEVEN/100 DOLLARS ($1,364.97) which would otherwise have been payable to Plaintiff as attorney's fees arising from the prosecution of this action shall be paid, instead, to:

> Robert D. Christenson, Esquire
> Christenson Law Firm
> 478 West Putnam Avenue
> Porterville, CA 93257.

IT IS SO ORDERED.

**Dated:   December 19, 2008**            /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE